# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

LARRY DEWITT, II                                                                                       PLAINTIFF

v.                                      CASE NO. 2:18-CV-2050

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this August 19, 2019.


/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE